UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:22-CR-639-2-MTS (SRW) |
| MOREION LINDSEY, | ) ) ) |
| Defendant. | ) |

**OPINION, MEMORANDUM, AND ORDER**

This matter is before the Court on Defendant Moreion Lindsey's Motion to Suppress Physical Evidence, Doc. [85]; and Motion to Suppress Statements, Admissions, or Confessions, Doc. [86]. Pursuant to 28 U.S.C. § 636(b), the Motions were referred to United States Magistrate Judge Stephen R. Welby, who recommended that the Motions be denied. No objections were filed. As no objections were filed, I will adopt and sustain the Report and Recommendation filed by Judge Welby. I have independently reviewed his recommendations and agree there is no basis under the facts and the law to suppress physical evidence or suppress statements.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Stephen R. Welby, Doc. [118], is **SUSTAINED, ADOPTED**, and **INCORPORATED** herein, and Defendant Moreion Lindsey's Motion to Suppress Physical Evidence, Doc. [85]; and Motion to Suppress Statements, Admissions, or Confessions, Doc. [86], are **DENIED**.

Dated this 10th day of September, 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE